UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BRANDY DANIELLE FERRELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 2:24-cv-00033 |
| | ) |
| OVERTON COUNTY, TENNESSEE, | ) |
| CLYDE COLLIER, | ) |
| MATTHEW FARMER, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 21). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE